**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

JEAN CARLOS AGUILAR-HUANGA,    )
    )
    Petitioner,    )
    )
v.    )    Case No. CIV-26-115-J
    )
FRED FIGUEROA, Warden of the    )
Diamondback Correctional Center, et al.,    )
    )
    Respondents.    )

## JUDGMENT

Pursuant to the Order filed this same day, the Court GRANTS Petitioner's Petition for Writ of Habeas Corpus.  Respondents shall immediately release Petitioner from their custody, subject to an appropriate Order of Supervision, and shall certify compliance within ten business days of the date of this Judgment.

IT IS SO ORDERED this 25th day of March, 2026.

_____
BERNARD M. JONES, II
UNITED STATES DISTRICT JUDGE